the proportionate rental basis in paragraph 4 as representing the standard agreed upon. We believe that in the furtherance of justice the defendant should be furnished opportunity to make its proof, and, therefore, a new trial is granted. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

SARAH GALLAWAY, Appellant, v. WALSH CONSTRUCTION COMPANY, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. We are of opinion that in the light of the testimony of the witness Robert M. Withers, Sr., an expert called by the defendant, that in his opinion twelve to fifteen sticks of dynamite were required to cause the damage which was created by the blast and that the use of from nine to eleven sticks would have been hazardous, the verdict is against the weight of the evidence. Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Tompkins, J., not voting.

DANIEL M. GERARD, Respondent, v. T. A. CLARKE COMPANY, Appellant. (Appeal No. 1.) — Appeal from judgment and order denying motion to set aside verdict dismissed, with costs, in view of our disposition of the appeal from the order granting a new trial upon the ground of newly-discovered evidence (Gerard v. Clarke Co., No. 2, post, p. ——), herewith decided. We have considered the point of the defendant, appellant, that the complaint should be dismissed, but conclude that such disposition should not be made at this time and that the cause should be retried. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

DANIEL M. GERARD, Appellant, v. T. A. CLARKE COMPANY, Respondent. (Appeal No. 2.) — Order granting motion to set aside judgment and for a new trial upon the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of Supplementary Proceedings: HULDA NILSSON, Judgment Creditor, Respondent, v. JOSEPH ABRUZZO and ANNA FORSTER ABRUZZO, Judgment Debtors, Appellants.— Order granting motion for reargument and on reargument appointing a receiver affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

OSCAR JORGENSEN, Respondent, Appellant, v. HUGO JAEGER, Respondent, WILLIAM A. REUTTER, Defendant, and HARRY KLEIN, Appellant, Respondent.* — Judgment as against defendant Klein reversed upon the law, with costs, and complaint dismissed. Order of May 6, 1930, in so far as appealed from by plaintiff, reversed upon the law and the facts and motion granted to the extent of correcting the verdict by inserting $2,042.80 as representing the item covered by the jury's award to the plaintiff of " all doctor and hospital bills for entire family," and judgment increased by that amount, and as so modified unanimously affirmed, with costs to plaintiff as against defendant Jaeger. (1) The record discloses no liability on the part of defendant Klein. (Drollinger v. McCurdy, 228 App. Div. 664.) Moreover, apart from this authority, the authorization of Klein that a road test be made did not contemplate the use of the car on a distant, personal journey by Ruppert, to whom it was intrusted. The use being made of the car by Ruppert, as a passenger in the back seat at the time the

* See post, p. 696.— [REP.